UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD ANDERSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>DERROL HAMMER, EILEEN NASTO, LAWRENCE BERKELEY NATIONAL LAB, NEIL LOPEZ,<br><br>    Defendants. | Case No: C 11-5300 SBA<br><br>**ORDER DISMISSING ACTION** |

The Court previously dismissed the action with leave to amend. Dkt. 11. Plaintiff was given until January 11, 2012 to file an amended complaint and to pay the $350 filing fee. The Court warned Plaintiff that the failure to amend his complaint in a timely manner which addresses the deficiencies noted by the Court and/or to pay the filing fee would result in the dismissal of the action. To date, Plaintiff has complied with neither requirement. Accordingly,

IT IS HEREBY ORDERED THAT the instant action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: January 19, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANDERSON et al,

        Plaintiff,

  v.

HAMMER et al,

        Defendant.
_____/

Case Number: CV11-05300 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 20, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Anderson
16094 Gramercy Drive
Berkeley, CA 94578

Dated: January 20, 2012

                          Richard W. Wieking, Clerk

                          By: LISA R CLARK, Deputy Clerk